UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY L. TOSCANO, in individual and representative capacity as trustee; MARION G. SANTOS III, in individual and representative capacity as trustee; SANTOS FORD, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-02245-JAM-DB<br><br>**ORDER** |

**<u>ORDER</u>**

Defendant Montgomery L. Toscano, in individual and representative capacity as trustee is hereby ordered dismissed without prejudice.

Dated: 10/26/2016    <u>/s/ John A. Mendez</u>
                     HONORABLE JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE